## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

J. Blazek SKLO Podebrady s.r.o. and
Mr. Dalibor Blazek,

        Plaintiffs,

   v.                              **ORDER**
                                        Civil No. 06-3829 ADM/JSM

Euro Expo 3000, Inc.,

        Defendant.

___

Heather J. Kliebenstein, Esq., Merchant & Gould PC, Minneapolis, MN, on behalf of Plaintiffs.

No counsel of record has been entered for Defendant.

___

Pursuant to Federal Rule of Civil Procedure 60(a), the Court orders that:

1. Paragraph three of page five of the November 21, 2007, Order [Docket No. 51] is amended to state as follows: "Pursuant to 35 U.S.C. § 284, Plaintiffs are awarded damages against Euro Expo in the amount of Sixty-Seven Thousand, Four Hundred and Fifty Dollars ($67,450.00) and enhanced damages in the amount of One Hundred, Thirty-Four Thousand and Nine Hundred Dollars ($134,900.00), for which let execution issue;" and

2. Paragraph three of the November 26, 2007, Judgment [Docket No. 52] be amended by the Clerk to state as follows: "Pursuant to 35 U.S.C. § 284, Plaintiffs are awarded damages against Euro Expo in the amount of Sixty-Seven Thousand, Four Hundred and Fifty Dollars ($67,450.00) and enhanced damages in the amount of One Hundred, Thirty-Four Thousand and Nine Hundred Dollars ($134,900.00), for which let execution issue;".

BY THE COURT:


     <u>s/Ann D. Montgomery</u>
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  May 22, 2008.